UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| BRENDA MATSON, personal representative of the ESTATE OF ROBERT LINTNER, <br><br> Plaintiff, <br><br> v. <br><br> TIPPECANOE COUNTY, INDIANA, SHERIFF TRACY BROWN, in his official capacity, JUDY CLERGET in her individual and official capacities, LORETTA L. WHITE NP, in her individual and official capacities, DR. JACQUES LECLERC, in his individual and official capacity, DR. MICHAEL MITCHEFF, in his individual and official capacities, DR. KEVIN KREMBS in his individual and official capacities, CORIZON HEALTH, INC., <br><br> Defendants. | Cause No. 4:14-cv-79 RL-PRC |

## VOLUNTARY MOTION TO DISMISS

Comes now the Plaintiff, Brenda Matson, as Personal Representative of the Estate of Robert Lintner and hereby moves this Court to dismiss this matter with each party to bear its own costs and attorneys' fees.

1. At this time, the Plaintiff no longer wishes to prosecute this action.

2. As such, the Plaintiff is seeking for this matter to be dismissed against all defendants.

WHEREFORE, the Plaintiff respectfully requests this Court to dismiss this matter with against all parties and for all other relief just and proper.

Respectfully Submitted,

*/s/ Scott L. Barnhart*
Scott L. Barnhart, 25474-82
Keffer Barnhart LLP

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of May, 2017, a copy of the foregoing Motion was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                                                          */s/ Scott L. Barnhart*
                                                          Scott L. Barnhart, #25474-82

Keffer Barnhart LLP
230 East Ohio Street, Suite 400
Indianapolis, Indiana 46204
(317) 857-0160